■ RORY CUTAIA, Individually and as Duly Appointed Representative of the Former Shareholders of The Telx Group, Inc., Respondent, v GVA WILLIAMS, LLC, et al., Appellants, and GI PARTNERS FUND II, L.P., et al., Respondents. [879 NYS2d 414]—

Judgment, Supreme Court, New York County (Richard B. Lowe, III, J.), entered September 4, 2008, dismissing the cross claim of defendants-appellants GVA Williams, LLC and Williams Real Estate Co., Inc. against defendants-respondents GI Partners Fund II, L.P. and GI Partners Side Fund II, L.P. seeking a declaration that, inter alia, they are entitled to a brokers commission from respondents, pursuant to an order that granted respondents' motion to dismiss the cross claim, unanimously affirmed, without costs.

Dismissal of the cross claim was appropriate where the documentary evidence established that appellants' right to act as exclusive agent in connection with the subletting of the premises or any assignment thereof was not triggered by the transaction in the merger agreement, and thus appellants were not entitled to a commission (*see Far Realty Assoc. Inc. v RKO Del. Corp.*, 34 AD3d 261 [2006]). Furthermore, contrary to appellants' contention, there was no basis for permitting discovery based on their conjecture as to the possibility that a third party performed brokerage services (*see e.g. Turbel v Societe Generale*, 276 AD2d 446 [2000]). Concur—Andrias, J.P., Saxe, Sweeny, Nardelli and Freedman, JJ. [*See* 2008 NY Slip Op 32393(U).]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WOODROW MCNEELY, Appellant. [879 NYS2d 804]—Judgment, Supreme Court, New York County (Renee A. White, J.), rendered on or about June 25, 2008, and judgment of resentence, same court and justice, rendered on or about August 19, 2008, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Sweeny, Nardelli and Freedman, JJ.